UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS BRITTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-465-JDT-TAB |
| ) | |
| TOYOTA MOTOR MANUFACTURING ) | |
| NORTH AMERICA EMPLOYEE BENEFIT ) | |
| PLAN, ) | |
| ) | |
| Defendant. ) | |

**Briefing schedule**

    The plaintiff and the defendant have agreed that the standard of review applicable to this case regarding the decision to deny benefits is 'arbitrary and capricious" standard.  Therefore, this will be treated as a matter for summary judgment with the record of matters before it the plan administrator constituting the record for summary judgment.  The plaintiff's opening brief shall be due not later than Monday, November 21, 2005.  The defendants response brief shall be due not later than Monday, December 19, 2005.  The Plaintiffs' Reply Brief shall be due not later than December 30, 2005.  The court will review the briefs before determining whether oral argument will be held.

    ALL OF WHICH IS ORDERED this 26TH day of October 2005.

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

Bridget O'Ryan
boryan@indy.rr.com

Daniel K. Ryan
Renee J. Mortimer
Hinshaw & Culbertson
dryan@hinshawlaw.com
rmortimer@hinshawlaw.com

Todd B. Logsdon
Greenebaum Doll & McDonald
tbl@gdm.com

Magistrate Judge Tim Baker